Peter Lorenz, trading as Lorenz Motor Service, Appellee, v. Hans P. Jensen and Niels M. Steenhill, Appellants.

### Gen. No. 23,613.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY P. DOLAN, Judge, presiding. Heard in this court at the October term, 1917. Affirmed with $67 damages assessed against defendants. Opinion filed March 5, 1918.

## Statement of the Case.

Action by Peter Lorenz, trading as Lorenz Motor Service, plaintiff, against Hans P. Jensen and Niels M. Steenhill, defendants, to recover for a balance due for coal for defendants' apartment building, part of which was ordered by defendants' agents. From a judgment for plaintiff for $672.22, defendants appeal.

SONNENSCHEIN, BERKSON & LAUTMANN, for appellants.

T. F. MONAHAN, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

1. PRINCIPAL AND AGENT, § 114*—*when prima facie case in action to recover price of coal ordered by defendants' agent made out.* In an action to recover the balance of an account for coal sold for use in defendants' apartment building, in which the defense is that defendants' agent had no authority to purchase on credit, a prima facie case is made out where plaintiff proves the ordering of the coal by the agent, the delivery to and consumption of the coal in the building, and the amount due and unpaid for such coal.

2. PRINCIPAL AND AGENT, § 114*—*when principal liable for coal ordered by agent.* Irrespective of the question of the authority of

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

an agent in charge of an apartment building to purchase coal on credit, the owner is liable for coal which is ordered by such agent and consumed on the premises.

3. COSTS, § 67*—*when statutory damages for vexatious appeal assessed.* When the defenses interposed in an action against the owner of an apartment building to recover a balance due for coal lack merit and are interposed for delay, statutory damages will be assessed.